JUDGE GOTTSCHALL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE MASON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  08 CR 235 |
| | ) | |
| v. | ) | Violations:  Title 21, United |
| | ) | States Code, Sections 846, 841(a)(1) |
| MISAEL PADILLA-GALVEZ | ) | |
| and MIGUEL OCON | ) | |
| | ) | |

FILED

APR 1 7 2008  T C

### COUNT ONE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

Beginning no later than in or about February 2008, and continuing until on or about

March 19, 2008, in Evanston, in the Northern District of Illinois, Eastern Division,

MISAEL PADILLA-GALVEZ and
MIGUEL OCON,

defendants herein, did conspire with each other and others known and unknown to the Grand

Jury, to knowingly and intentionally distribute a controlled substance, namely, one kilogram or

more of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled

Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about March 19, 2008, at Evanston, in the Northern District of Illinois, Eastern Division,

MISAEL PADILLA-GALVEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, one kilogram or more of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY