UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No.  08 CR 235 |
| | ) | Judge Joan B. Gottschall |
| | ) | |
| MISAEL PADILLA GALVEZ | ) | |
| and MIGUEL OCON | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Thursday, June 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Joan B. Gottschall, in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the

**AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS,**

in the above-captioned case, at which time and place you may appear if you see fit.

                                                                     Respectfully submitted,

                                                                     PATRICK J. FITZGERALD
                                                                     United States Attorney

Dated: May 28, 2008                  By:     s/Nathalina A. Hudson
                                                                      NATHALINA A. HUDSON
                                                                      Assistant United States Attorney
                                                                      219 S. Dearborn St.
                                                                      Chicago, Illinois  60604
                                                                      (312) 353-1123

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS** ,

was served on May 28, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Nathalina A. Hudson/s
NATHALINA A. HUDSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1123