## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 235 |
| | ) | Honorable Judge Gottschall |
| MIGUEL OCON, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

Now comes the defendant, MIGUEL OCON, by and through his attorney, Rachel L. Zebio, and respectfully moves this Honorable Court to grant Miguel Ocon leave to adopt motions of co-defendants to the extent that such motions are not incompatible with the motions presented on behalf of Miguel Ocon by his appointed counsel.

Respectfully submitted,

_____/s/_____
Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Ocon
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 235 |
| | ) | Honorable Judge Gottschall |
| MIGUEL OCON, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

**TO:**　AUSA Nathalina Hudson
　　　　U.S. Attorney's Office
　　　　219 S. Dearborn, 5th Floor
　　　　Chicago, IL 60604

　　**PLEASE TAKE NOTICE** that on June 9, 2008, I filed electronically with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached, **Motion to Adopt Motions of Co-Defendants.** True and correct copies of each is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Ocon
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770

2

**Certificate of Service**

I, Rachel L. Zebio, an attorney certify that the attached copy of the document stated above was delivered, electronically, to A.U.S.A. Nathalina Hudson, 219 S. Dearborn, Suite 500, Chicago, IL 60604, and hand delivered to the Honorable Judge Gottschall, 219 S. Dearborn, Room 2356, Chicago, IL 60604 on this 9th of June, 2008.

_____/s/_____
Rachel L. Zebio


Rachel L. Zebio
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770