## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 235 |
| | ) | Honorable Judge Gottschall |
| MIGUEL OCON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:** AUSA Nathalina Hudson
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, IL 60604

**PLEASE BE ADVISED** that on Thursday, July 10th, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Gottschall in Courtroom 2325, at 219 S. Dearborn, Chicago, Illinois, and then and there present the attached, **Agreed Motion to Modify Conditions of Pre-Trial Release**. A true and correct copy is attached hereto and hereby served upon you.

Respectfully Submitted,

_____/s/_____
Rachel L. Zebio

Rachel L. Zebio
Attorney for Defendant Ocon
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603

(312)782-2770

**Certificate of Service**

I, Rachel L. Zebio, an attorney certify that the attached copy of the document stated above was delivered, electronically, to A.U.S.A. Nathalina Hudson, 219 S. Dearborn, Suite #500, Chicago, IL 60604, and hand delivered to the Honorable Judge Gottschall, 219 S. Dearborn, Room 2356, Chicago, IL 60604 on this 7th day of July, 2008.


_____/s/_____
Rachel L. Zebio


Rachel L. Zebio
Attorney for Defendant Ocon
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-2770