# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 235 - 02 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. Miguel Ocon | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to modify conditions of pre-trial release [40] is granted. Defendant's conditions of pre-trial release are modified to include employment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|